IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEDIDIAH MURPHY, | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. 1:23-CV-1170 |
| ALEXANDER JONES,<br>Chief of Police,<br>Arlington, Texas | * | **CAPITAL CASE**<br><br>**EXECUTION SET OCTOBER 10, 2023** |
| ALI NASSER,<br>Assistant Attorney General,<br>District Attorney Pro Tem | * | |
| Defendants | * | |

## APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Jedidiah Isaac Murphy, declare, depose, and say that I am the Plaintiff in the above-entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

    a. Business, profession or form of self-employment?  Yes  (No)

    b. Rent payments, interest or dividends?  Yes  (No)

    c. Pensions, annuities or life insurance payments?  Yes  (No)

    d. Gifts or inheritances?  Yes  (No)

    e. Family or friends?  (Yes)  No

    f. Any other sources?  Yes  (No)

If you answered YES to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

*I receive $200.00 a month from Vivian E. Schwarz.*

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?  (Yes)  No

If you answered YES, state the total value of the items owned.

*$300.00*

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?   Yes   (No)

If you answered YES, describe the property and state its approximate value.

_____

_____

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the __18__ day of __September__, 2023.

_Jedidiah Murphy_  #999392
Signature of Plaintiff   ID number

```
CSINIB02/CINIB02       TEXAS DEPARTMENT OF CRIMINAL JUSTICE              07/21/
1NTS/ML00103               IN-FORMA-PAUPERIS DATA                        14:06:
TDCJ#: 00999392 SID#: 05280958 LOCATION: POLUNSKY        INDIGENT DTE:
NAME: MURPHY,JEDIDIAH ISAAC                BEGINNING PERIOD: 01/01/23
PREVIOUS TDCJ NUMBERS: 00687358
CURRENT BAL:         483.72 TOT HOLD AMT:        0.00 3MTH TOT DEP:
6MTH DEP:            728.96 6MTH AVG BAL:      807.78 6MTH AVG DEP:
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPC
06/23     519.62           0.00         03/23     1,266.57         300.00
05/23     615.27         128.96         02/23     1,472.57           0.00
04/23     635.26           0.00         01/23     1,564.37         300.00
```

STATE OF TEXAS COUNTY OF _____
ON THIS THE 21 DAY OF July ,23, I CERTIFY THAT THIS DOCUMENT IS A T
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: 999392  OR SID NUMBER: _____



PRISCILLA J. MONTOYA
Notary Public
STATE OF TEXAS
Comm. Exp. 05/25/2025
ID # 133138399
Notary Without Bond