Attachment

Attorneys for Plaintiff:

Russ Hunt Jr.

310 S. Austin Ave.

Georgetown, TX 78626

R2@rhjrlaw.com

Katherine Black

205 Blue Ridge Trail

Ausitn, Texas 78746

kfroyen@gmail.com