Generated: Sep 27, 2023 9:45AM																Page 1/1



## U.S. District Court

### Texas Western - Austin

Receipt Date: Sep 27, 2023 9:45AM

Law Office of Catherine Clare Bernhard
101 N. Kaufman St. Suite 256
Seagoville, TX 75159

Rcpt. No: 1221                Trans. Date: Sep 27, 2023 9:45AM                Cashier ID: #CR

| CD  | Purpose      | Case/Party/Defendant                                       | Qty | Price  | Amt    |
|-----|--------------|------------------------------------------------------------|-----|--------|--------|
| 111 | Pro Hac Vice | DTXW523LB000000 /001<br>EXECUTIVE OFFICE OF THE CLERK USDC | 1   | 100.00 | 100.00 |

| CD | Tender |        |            | Amt      |
|----|--------|--------|------------|----------|
| CH | Check  | #2323  | 09/22/2023 | $100.00  |

|                              |          |
|------------------------------|----------|
| Total Due Prior to Payment:  | $100.00  |
| Total Tendered:              | $100.00  |
| Total Cash Received:         | $0.00    |
| Cash Change Amount:          | $0.00    |

**Comments**: 1:23-cv-01170 Murphy v. Jones et al

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov