*Catherine Clare Bernhard*
attorney
P.O. Box 506
Seagoville, Texas 75159
972-294-7262
Fax-972-421-1604
cbernhard@sbcglobal.net

September 22, 2023

1:23-cv-1170

U.S. Distirct Clerk's Office
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Dear Clerk:

   Please accept this Pro Hac Vice Motion for filing along with the enclosed check. My client, Jedidiah Murphy has an **execution date set for October 10, 2023**, so promptness is appreciated.

   Thank you.

Sincerely,

Catherine Clare Bernhard