# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **JEDIDIAH MURPHY #0999392,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| V. | § | A-23-CV-01170-RP |
| | § | |
| **ALEXANDER JONES, et al.,** | § | |
| **DEFENDANTS.** | § | |

## ORDER

Before the Court is Plaintiff Jedidiah Murphy's Application to Proceed In Forma Pauperis and the certified trust fund account statement or institutional equivalent. After consideration of the application and trust fund account statement, Plaintiff's application is granted.

It is therefore **ORDERED** that Plaintiff's Application for Leave to Proceed In Forma Pauperis is **GRANTED**.

It is further **ORDERED** that Jedidiah Murphy #00999392 is assessed an initial partial filing fee of **$161.56** The agency having custody of the plaintiff shall collect this amount from the trust fund account or institutional equivalent, when funds are available, and forward it to the clerk of the district court. Thereafter, the plaintiff shall pay **$188.44**, the balance of the filing fees, in periodic installments. The plaintiff is required to make payments of 20% of the preceding month's income credited to the plaintiff's prison account until plaintiff has paid the total filing fees of $350.00. The agency having custody of the plaintiff shall collect this amount from the trust fund account or institutional equivalent, when funds are available and when permitted by 28 U.S.C. §1915(b)(2), and forward it to the district court clerk.

It is further **ORDERED** that the Clerk shall e-mail a copy of this Order to **TDCJ - Inmate Trust Fund Division.**

It is further **ORDERED** that the Clerk shall provide a copy of this Order to the Financial Clerk in the Austin Division of the Western District of Texas.

**SIGNED** on September 27, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE