Cause No. F00-02424-M

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 194TH DISTRICT COURT |
| | § | |
| v. | § | OF |
| | § | |
| JEDIDIAH MURPHY | § | DALLAS COUNTY, TEXAS |

## EXECUTION ORDER

You, JEDIDIAH MURPHY, were indicted by the Grand Jury of Dallas County, Texas, and charged with the offense of capital murder in cause number F00-02424-NM. A jury in this Court returned a verdict finding you guilty of the offense of capital murder on June 11, 2001, in cause number F00-02424-NM. On June 30, 2001, the same jury in this Court returned answers to the special issues, submitted to the jury at punishment pursuant to Article 37.071 of the Texas Code of Criminal Procedure, and this Court, in accordance with the jury's findings at punishment, assessed your punishment at death. The judgment of this Court was reviewed by the Texas Court of Criminal Appeals on direct appeal and it was affirmed by that court on June 25, 2003, with mandate issued on September 10, 2003. Subsequently, on March 25, 2009, the Court of Criminal Appeals denied your initial application for writ of habeas corpus. The Court of Criminal Appeals also dismissed your subsequent application for writ of habeas corpus on March 21, 2012. Thereafter, the District Court for the Northern District of Texas, Dallas Division, denied your federal petition for writ of habeas corpus on January 23, 2017, and the United States Court of Appeals for the Fifth Circuit granted your application for a Certificate of Appealability on April 20, 2018. The United States Court of Appeals for the Fifth Circuit affirmed the judgment of the district court on August 24, 2018. Afterwards, the United States Supreme Court denied your petition for writ of certiorari on February 25, 2019. This Court now proceeds with the judgment and sentence in your case and now enters the following order.

IT IS HEREBY ORDERED by this Court that you, JEDIDIAH MURPHY, having been adjudged guilty of capital murder and having been assessed punishment at death, in accordance with the findings of the jury and the judgment of this Court, shall at some time after the hour of 6:00 p.m. on the 10th day of October, 2023, be put to death by an executioner designated by the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice, who shall cause a substance or substances in a lethal quantity to be intravenously injected into your body sufficient to cause your death and until your death, such execution procedure to be determined and supervised by the said Director of the Correctional Institutions Division of the Texas Department of Criminal Justice.

It is ORDERED that the Clerk of this Court shall issue a death warrant, in accordance with this sentence, to the Director of the Correctional Institutions

THE STATE OF TEXAS
COUNTY OF DALLAS
I, Felicia Pitre, District Clerk of Dallas County, Texas, do hereby certify that the foregoing is a true and correct copy as the same appears on record now on file in my office.

Witness my official hand and seal of office, this _____ 2023.

FELICIA PITRE, DISTRICT CLERK
Dallas County, Texas

By: *Lizabeth Jasso*
Deputy

Division of the Texas Department of Criminal Justice, and shall deliver such warrant to the Sheriff of Dallas County, Texas to be delivered by him to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice together with the defendant, JEDIDIAH MURPHY, if not previously delivered.

The Defendant, JEDIDIAH MURPHY, is hereby remanded to the custody of the Sheriff of Dallas County, Texas, to await transfer to Huntsville, Texas, if not previously delivered, and the execution of this sentence of death.

DONE AND ENTERED this 21 day of April, 2023.

Honorable Ernest White
Presiding Judge
194th District Court
Dallas County, Texas


THE STATE OF TEXAS
COUNTY OF DALLAS

I, Felicia Pitre, District Clerk of Dallas County, Texas, do hereby certify that the foregoing is a true and correct copy as the same appears on record now on file in my office.

Witness my official hand and seal of office, this SEP 2023.

FELICIA PITRE, DISTRICT CLERK
Dallas County, Texas

By: *Lizabeth Jasso*
       Deputy

## DEATH WARRANT

Cause No. F00-02424-M

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 194TH DISTRICT COURT |
| | § | |
| v. | § | OF |
| | § | |
| JEDIDIAH MURPHY | § | DALLAS COUNTY, TEXAS |

### TO THE DIRECTOR OF THE CORRECTIONAL INSTITUTIONS DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND TO THE SHERIFF OF DALLAS COUNTY, TEXAS:

On the 11th day of June 2001, the above-named defendant, in the above-styled and numbered cause, was convicted of the offense of capital murder. On the 30th day of June 2001, the Court sentenced the above-named defendant to death in accordance with the findings of the jury, pursuant to the Texas Code of Criminal Procedure.

The Court, having received the Court of Criminal Appeals's mandate affirming the above-named defendant's conviction for capital murder and having received notice of the Court of Criminal Appeals's denial of the defendant's initial application for writ of habeas corpus, sentenced the above-named defendant to death for the offense of capital murder and ORDERS that the execution be carried out on Tuesday, the 10th day of October 2023, at any time after the hour of 6:00 p.m. at the Correctional Institutions Division of the Texas Department of Criminal Justice at Huntsville, Texas.

The Sheriff of Dallas County, Texas, is hereby commanded to transport the defendant to the Correctional Institutions Division of the Texas Department of Criminal Justice and deliver the defendant, if not previously delivered, and this warrant to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice for the purpose of executing this warrant, and to take from the Director the proper receipt for the defendant, if not previously delivered, and the sheriff will return the receipt to the office of the District Clerk of Dallas County, Texas.

The Director of the Correctional Institutions Division of the Texas Department of Criminal Justice is hereby commanded to receive from the Sheriff the defendant, if not previously delivered, and this warrant, and to give his receipt to the Sheriff, and to safely keep the defendant and to execute the sentence of death at any time after the hour of 6:00 p.m. on the day and date specified in paragraph two of this warrant, by causing a substance or substances in a lethal quantity to be intravenously injected into the body of the defendant sufficient to cause death, and the injection of the substance or substances into the body of the defendant to continue

THE STATE OF TEXAS
COUNTY OF DALLAS

I, Felicia Pitre, District Clerk of Dallas County, Texas, do hereby certify that the foregoing is a true and correct copy as the same appears on record now on file in my office.

Witness my official hand and seal of office, this _____ 2023.

FELICIA PITRE, DISTRICT CLERK
Dallas County, Texas

By: *Lizabeth Jasso*
   Deputy

until the defendant is deceased, obeying all laws of the State of Texas with reference to such execution.

Witness my hand and seal of the 194th District Court of Dallas County, Texas, at my office in the City of Dallas, Texas, on the ___15th___ day of ___May___, 2023.

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

_____
DISTRICT CLERK

**RETURN**

The Sheriff of Dallas County, Texas, received this writ on the _____ day of _____, 2023, at _____. M. and executed the same by delivering the within-named defendant, if not previously delivered, in person and this warrant to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice on the _____ day of _____, 2023, and by taking his receipts for the said defendant, if not previously delivered, and this warrant, which receipts are hereto attached do here now make my return on this writ this _____ day of _____, 2023.

MARIAN BROWN, SHERIFF
DALLAS COUNTY, TEXAS

_____
DEPUTY

On this the _____ day of _____, 2023, the following papers related to cause number F00-02424-M, styled THE STATE OF TEXAS v. JEDIDIAH MURPHY, were received from the Sheriff of Dallas County, Texas.

1. One original of **DEATH WARRANT** to be delivered to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice.

2. One certified Execution Order.

_____
SIGNATURE OF TDCJ OFFICIAL

2

THE STATE OF TEXAS
COUNTY OF DALLAS

I, Felicia Pitre, District Clerk of Dallas County, Texas, do hereby certify that the foregoing is a true and correct copy as the same appears on record now on file in my office

Witness my official hand and seal of office, this SEP 28 2023.

FELICIA PITRE, DISTRICT CLERK
Dallas County, Texas

By: Lizabeth Jasso
           Deputy