IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Jedidiah Murphy, | : | |
| Plaintiff, | : | |
| | : | **THIS IS A CAPITAL CASE** |
| v. | : | |
| | : | **EXECUTION SET FOR** |
| Alexander Jones, Chief of Police, | : | **OCTOBER 10, 2023** |
| Arlington, Texas | : | |
| | : | Case No. 1:23-cv-01170-RP |
| | : | |
| Ali Nasser, Assistant Attorney | : | |
| General, District Attorney *Pro Tem*, | : | |
| | : | |
| Defendants. | : | |

## [PROPOSED] ORDER ON MOTION FOR STAY OF EXECUTION

In conjunction with his civil rights complaint pursuant to 42 U.S.C. § 1983 (Docket Entry 6), Jedidiah Murphy has filed a Motion for a Stay of Execution, scheduled for October 10, 2023. Upon due consideration, the Court GRANTS the Motion and VACATES the April 21, 2023 order setting his execution and RECALLS the warrant of execution issued on May 1, 2023.

It is so ordered.

Signed on this _____ day of _____ 2023.

_____
**ROBERT PITMAN**
**UNITED STATES DISTRICT JUDGE**