IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JEDIDIAH MURPHY, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § ACTION NO. 1:23-CV-01170-RP-SH |
| | § (Death Penalty Case) |
| ALEXANDER JONES, et al. | § |
| | § |
| Defendants. | § |

**DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL**

This case involves a federal civil rights proceeding filed pursuant to 42 U.S.C. § 1983 by Texas death row inmate Jedidiah Murphy. The undersigned attorney hereby enters this appearance of counsel on behalf of Defendant Ali Nasser, District Attorney Pro Tem and respectfully requests that a copy of all future pleadings, orders, and other correspondence be served on him at the address below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
for Criminal Justice

<table>
<tr><td></td><td>EDWARD L. MARSHALL<br>Chief, Criminal Appeals Division</td></tr>
<tr><td>*Lead Counsel</td><td>/s/ Ali M. Nasser<br>ALI M. NASSER*<br>Assistant Attorney General<br>District Attorney Pro Tem<br>State Bar No. 24098169<br><br>P. O. Box 12548, Capitol Station<br>Austin, Texas 78711<br>(512) 936-1400<br>(512) 936-1280 (FAX)<br><br>ATTORNEYS FOR RESPONDENT</td></tr>
</table>

## CERTIFICATE OF SERVICE

I do herby certify that on October 2, 2023, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to all known counsel of record, who consented in writing to accept the NEF as service of this document by electronic means.

           /s/ Ali M. Nasser
          ALI M. NASSER
          Assistant Attorney General
          District Attorney Pro Tem