IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEDIDIAH MURPHY, | § | |
| *Plaintiff,* | § | |
| | § | No. 1:23-CV-1170-RP-SH |
| | § | (Death Penalty Case) |
| | § | |
| ALEXANDER JONES, et al., | § | |
| *Defendants.* | § | |

**ORDER**

Having considered the parties' briefs, Plaintiff's motion for a stay of execution is hereby DENIED.

It is so ORDERED.

SIGNED on this the _____ day of _____, 2023.

_____
JUDGE PRESIDING