IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Jedidiah Murphy, | : | |
|     Plaintiff, | : | |
| | : | **THIS IS A CAPITAL CASE** |
| v. | : | |
| | : | **EXECUTION SET FOR** |
| Alexander Jones, Chief of Police, | : | **OCTOBER 10, 2023** |
| Arlington, Texas | : | |
| | : | Case No. 1:23-cv-01170-RP |
| | : | |
| Ali Nasser, Assistant Attorney | : | |
| General, District Attorney *Pro Tem*, | : | |
| | : | |
|     Defendants. | : | |

### DEFENDANT CHIEF OF POLICE ALEXANDER JONES RESPONSE TO MOTION FOR STAY OF EXECUTION

Defendant Chief of Police Alexander Jones, sued in his official capacity, waives his right to file a written response to Plaintiff's Motion for Stay of Execution and informs the Court that the City of Arlington takes no position on Plaintiff's Motion.

Respectfully Submitted,

/s/ Joshua Neal Humphreys
Joshua Neal Humphreys
Texas Bar No. 24083218
City of Arlington, City Attorney's Office
101 South Mesquite Street, Suite 300
Arlington, TX 76010
512-799-2918
Email: josh.humphreys@arlingtontx.gov

Counsel for Alexander Jones

1

**CERTIFICATE OF SERVICE**

I do herby certify that on October 5, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Catherine Clare Bernhard
Law Office of Catherine Clare Bernhard
P.O. Box 506
Seagoville, TX 75159
972-294-7262
Fax: 972-421-1604
Email: cbernhard@sbcglobal.net

Katherine Froyen Black
Attorney At Law
205 Blue Ridge Trail
Austin, TX 78746
415-847-6127
Email: kfroyen@gmail.com

Russell David Hunt, Jr.
Russell D. Hunt, Jr. Attorney at Law
310 South Austin Avenue
Georgetown, TX 78626
(512)474-5114
Fax: (512)857-0746
Email: admin@russhuntjrlaw.com

Ali M. Nasser
Assistant Attorney General
District Attorney Pro-Tem
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Fax: (512) 936-1280

/s/ Joshua Neal Humphreys
Joshua Neal Humphreys
Texas Bar No. 24083218
City of Arlington, City Attorney's Office
101 South Mesquite Street, Suite 300
Arlington, TX 76010
512-799-2918
Email: josh.humphreys@arlingtontx.gov

Counsel for Alexander Jones

2