

# U.S. District Court

## Texas Western - Austin

Receipt Date: Oct 5, 2023 2:41PM

Katherine Black
205 Blue Ridge Trl.
Austin, TX 78746-5462

Rcpt. No: 1249                    Trans. Date: Oct 5, 2023 2:41PM                    Cashier ID: #CR

| CD  | Purpose      | Case/Party/Defendant                                      | Qty | Price  | Amt    |
|-----|--------------|-----------------------------------------------------------|-----|--------|--------|
| 111 | Pro Hac Vice | DTXW524LB000000 /001<br>EXECUTIVE OFFICE OF THE CLERK USDC | 1   | 100.00 | 100.00 |

| CD | Tender |       |            | Amt      |
|----|--------|-------|------------|----------|
| CH | Check  | #2222 | 09/29/2023 | $100.00  |

Total Due Prior to Payment: $100.00

Total Tendered: $100.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: 1:23-cv-01170-RP-SH Murphy v. Jones et al

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov