IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEDIDIAH MURPHY, | § | |
| *Plaintiff,* | § | |
| | § | No. 1:23-CV-1170-RP-SH |
| | § | |
| | § | |
| ALEXANDER JONES, et al., | § | |
| *Defendants.* | § | |

**DEFENDANTS' MOTION TO DISMISS PROCEEDINGS AS MOOT**

This is a civil-rights lawsuit initiated by Plaintiff Jedidiah Murphy. ECF No. 6. This Court stayed Murphy's October 10, 2023 execution pending resolution of this lawsuit. ECF No. 16. Defendant filed an application to vacate the stay of the execution in the United States Supreme Court, which was granted. *Nasser v. Murphy*, __ S. Ct. __ 2023 WL 6567841, at *1 (2023). Murphy's execution was carried out on October 10, 2023. Juan A. Lozano and Michael Graczyk, *Texas executes man who questioned evidence presented at trial in deadly carjacking of elderly woman*, www.apnews.com, (October 10, 2023, 10:58 PM), apnews.com/article/texas-execution-murphy-supreme-court-6d9cd44d7c7a6817d53e1bcb74e8534f. As Murphy's execution was carried out, Defendants now ask the Court to dismiss Murphy's complaint with prejudice. Murphy's execution has rendered these proceedings moot.[1]

---

[1]  *See Flores ex rel. Estate of Flores v. Fox*, 394 Fed.Appx. 170, 171–72 (5th Cir. 2010) ("Flores's claim for injunctive relief to correct his prison records ... is mooted by his death.") (citing *Rhodes v. Stewart*, 488 U.S. 1, 4 (1988) (holding that death of prisoner mooted claim for injunctive relief seeking modification of prison policy); *Copsey v. Swearingen*, 36 F.3d 1336, 1339 n.3 (5th Cir. 1994) (stating that claims for injunctive and declarative relief mooted by death)); *Plumley v. Landmark Chevrolet, Inc.*, 122 F.3d 308, 312 (5th Cir. 1997) (holding that claim for declaratory relief was moot because plaintiff was deceased); Ord. of Dism., *Ochoa v. Collier et. al*, No. H-19-4976 (S.D. Tex. Feb. 10, 2020), ECF No. 27 ("Here, Plaintiff's death moots any remaining claims[.]"); *cf. Knapp v. Baker*, 509 F.2d 922, 922 (5th Cir. 1975) (holding that a petitioner's death moots a pending federal habeas proceeding).

1

                              Respectfully submitted,

                              KEN PAXTON
                              Attorney General of Texas

                              BRENT WEBSTER
                              First Assistant Attorney General

                              JOSH RENO
                              Deputy Attorney General
                              for Criminal Justice

                              EDWARD L. MARSHALL
                              Chief, Criminal Appeals Division

                              <u>/s/ Ali M. Nasser</u>
                              ALI M. NASSER*
*Lead Counsel                 Assistant Attorney General
                              District Attorney Pro tem
                              State Bar No. 24098169

                              P. O. Box 12548, Capitol Station
                              Austin, Texas 78711
                              (512) 936-1400
                              (512) 936-1280 (FAX)

                              <u>/s/Joshua Neal Humphreys</u>
                              Joshua Neal Humphreys
                              City of Arlington, City Attorney's Office
                              101 South Mesquite Street, Suite 300
                              Arlington, TX 76010
                              512-799-2918
                              Email: josh.humphreys@arlingtontx.gov


                              ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

I do hereby certify that on November 14, 2023, I conferenced with counsel of record Catherine Bernhard and she advised that she was not opposed to this motion.

Catherine Bernhard
P.O. Box 506
Seagoville, Texas 75159
972-421-1604
cbernhard@sbcglobal.net

                                              /s/ Ali Nasser
                                              ALI NASSER
                                              Assistant Attorney General

## CERTIFICATE OF SERVICE

I do herby certify that on November 15, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Catherine Clare Bernhard
Law Office of Catherine Clare Bernhard
P.O. Box 506
Seagoville, TX 75159
972-294-7262
Fax: 972-421-1604
Email: cbernhard@sbcglobal.net

Katherine Froyen Black
Attorney At Law
205 Blue Ridge Trail
Austin, TX 78746
415-847-6127
Email: kfroyen@gmail.com

Russell David Hunt , Jr.
Russell D. Hunt, Jr. Attorney at Law

310 South Austin Avenue
Georgetown, TX 78626
(512)474-5114
Fax: (512)857-0746
Email: admin@russhuntjrlaw.com

Joshua Neal Humphreys
City of Arlington, City Attorney's Office
101 South Mesquite Street, Suite 300
Arlington, TX 76010
512-799-2918
Email: josh.humphreys@arlingtontx.gov

                                         /s/ Ali M. Nasser
                                         ALI M. NASSER
                                         District Attorney Pro Tem
                                         Assistant Attorney General