IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEDIDIAH MURPHY, | § | |
| *Plaintiff,* | § | |
| | § | No. 1:23–CV–1170-RP-SH |
| v. | § | |
| | § | |
| ALEXANDER JONES et al., | § | |
| *Defendants.* | § | |

**ORDER**

Having considered Defendants' motion to dismiss proceedings, the motion is hereby GRANTED, and the complaint is DISMISSED WITH PREJUDICE.

It is so ORDERED.

SIGNED on this the _____ day of _____, 2023.

_____
JUDGE PRESIDING